**RECEIVED**

AUG 14 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Monisha Herdle [common law last name change to 'Kleinberg']; pro se litigant
409 S 4TH ST
MonishaKleinberg@protonmail.com

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF ILLINOIS

23-CV-5481
Judge Coleman
Magistrate Judge Weisman
CAT 2
RANDOM

MONISHA KLEINBERG
(EXERCISED COMMON LAW
LAST NAME CHANGE,

      Plaintiff,

vs.

UNITED STATES FEDERAL
COURT,

      Defendant

LEGAL LAST NAME CHANGE

Dated of August 14, 2023.

_____
Pro Se Litigant

PAGE 1 OF 4

## CLAIM

1. Plaintiff petitions the court in regards to changing of last name. Reason being that Plaintiff strongly does not desire last name nor its ties.

2. Plaintiff permanently holds no relationship nor communication to any biological relatives of whom subsequently hold the last name "Herdle".

3. Plaintiff is disturbed. Tied to abusive, dysfunction, antisocial and deeply traumatizing upbringing; Plaintiff wishes to exercise the right to change said this unchosen last name. Moving forward in life and reaching further improvement Plaintiff has concluded stated decision; afforded by constitution as essential, impactful and freeing.

4. Upon information and belief, Plaintiff believes that one or some biological relatives have fraudulently and maliciously taken out a fraudulent Power of Attorney motion in regards to Plaintiff and has been using said POA to sabotage, trace and harass Plaintiff. As well as perhaps disseminate Plaintiff's personal information alleged aggravated identity theft. Plaintiff is to create legal petition and file motion of discovery in regards to this alleged claim.

5. In addition, plaintiff is to begin conversion to Judaism and as such; in sight of, in agreement with a commonplace belief among rabbi regarding converts; plaintiff, converting to Judaism, has chosen to change last name to a common Jewish last name. Plaintiff finds the last name 'Kleinberg' sufficient.

6. Plaintiff feels it is unideal to publish name publicly for safety and security reasons. To knowledge and receipt, Plaintiff has no great; flee-worthy debts aside from student loans. Loans of which Plaintiff intends to correspond and complete agreement of with lenders and of which is not concealed. In regards to agreement, Plaintiff intends to take out future loans for her education. Debts of which Plaintiff does not believe to be impactful nor hindrance to said agreement nor updating last name within respected lender database.

7. Plaintiff is a law-abiding model citizen whom has no warrants nor arrest history. In conclusion, moving forward in life, plaintiff has drawn decision based solely upon religious, trauma-based and safety reasoning as alleviating said impactful and emotional burden

of emotionally estranged and unbecoming last name to enhance life, happiness, hope and freedom.

## JURISDICTION AND VENUE

This court has subject matter jurisdiction as it is a petition to the government itself and Plaintiff's reasoning for the name change also includes alleged violation of federal law. Plaintiff holds this is most ideal for sake of consistency, convenience and security.

Venue has been determined as plaintiff has no location of reference to use as well as that selected venue is most ideal for Plaintiff in consideration to other suit Plaintiff will be filing in same regard.

## PRAYER

I.      Fulfilled legal last name change

II.     Waiver of public publication of her decision of last name change

PAGE 3 OF 4

Dated: 08/14/23

By: Monisha Kleinberg; Pro se litigant

PAGE **4** OF **4**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.

| STATE OF ILLINOIS, CIRCUIT COURT | REQUEST FOR NAME CHANGE (ADULT) | For Court Use Only |
|---|---|---|
| COOK COUNTY | | |

**Instructions ▾**

Directly above, enter the county name where you will file this case.

Enter your current name.

**DO NOT** enter a Case Number, the Circuit Clerk will add it.

Request of:

Monisna, Mona, Herdle

**Your current name** *(First, middle, last name)*

**Case Number**

In **1**, enter your complete current name.

In **2**, enter the new full name you would like.

**I ask the court to enter an order to change my name, and I state:**

1.  · My current name is:

Monisna                    Mona                    Herdle
*First*                    *Middle*                    *Last*

2.  I wish my name to be changed to:

Monisna                    Mona                    Kleinberg
*First*                    *Middle*                    *Last*

In **4**, enter the date you started living in Illinois.

In **5**, enter your date of birth

In **6**, enter the city, county, state, and country where you were born.

In **7-9**, check the boxes that apply to your criminal history.

In **10, 11, and 12** check whether you have or have not been convicted or put on probation for the crime listed.

3.  My address is listed at the end of this *Request*.

4.  I have lived continuously in Illinois for at least 6 months beginning: __birth__
                                                                        *Date*

5.  My birth date is: __08|23|1998__
                        *Date*

6.  My place of birth is: Evanston   Cook   IL   U.S.A.
                          *City*   *County*   *State/Province*   *Country*

7.  I ☐ **have** ☑ **have not** been adjudicated or convicted of a felony or misdemeanor in Illinois or any other state for which a pardon has not been granted.

8.  I ☐ **do** ☑ **do not** have an arrest for which charges have not been filed.

9.  I ☐ **do** ☑ **do not** have a pending felony or misdemeanor charge.

If you checked "have" in **10** or **11** and have not been pardoned, <u>the court cannot give you a name change.</u>

If you checked "have" in **12** and have not been pardoned or have not completed your probation or sentence over 10 years ago, the court may not give you a name change.

10.  I ☐ **have** ☑ **have not** been convicted of or placed on probation for a crime which requires me to register as a sex offender in Illinois or any other state.

11.  I ☐ **have** ☑ **have not** been convicted of or placed on probation for identity theft or aggravated identity theft in Illinois or any other state.

12.  I ☐ **have** ☑ **have not** been convicted of or placed on probation for a felony in Illinois or any other state.

NC-R 303.7                    Page 1 of 3                    (12/19)

Enter the Case Number given by the Circuit Clerk.

In **13**, describe what you were convicted of or placed on probation for, if you checked "have" in 10, 11, or 12.

If you run out of space, use a separate piece of paper.

13. If you checked "have" in 10, 11, or 12 complete the following:

| Description of Conviction | Date of Conviction or Probation | Sentence Received (include parole and supervised release) | Date Sentence Completed | Pardoned? (Yes or No) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the *Request for Name Change (Adult)* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ *Monisha Herdle*
Your Signature

Monisha Herdle
Print Your Name

409 S 4th ST
Street Address

Watseka, IL, 60970
City, State, ZIP

N/A
Telephone

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete current address and telephone number. If disclosing your address would put you or your household at risk, you may use another address. That address must be one at which you can receive mail about the case.

☐ I am using an alternative address because disclosing my address would put me or my household at risk.

**GETTING COURT DOCUMENTS BY EMAIL:** If you agree to receive court documents by email, check the box below and enter your email address. You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information or notice of court dates. Other parties may still send you court documents by mail.

☑ I agree to receive court documents at this email address during my entire case.

MonisnaKleinberg@protonmail.com
Email

Enter the Case Number given by the Circuit Clerk: _____

| NOTE | |
|---|---|
| This section must be filled out by someone else, not by you. | |
| Witness: Enter your full name. | |
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is a Class 3 Felony. | |
| Witness: Sign and print your name. | |
| Witness: Enter your complete address and telephone number. | |

**VERIFICATION BY WITNESS**

I, _____

First           Middle           Last

certify that what is stated above and on the *Request for Name Change (Adult)* is true and correct to the best of my knowledge and belief.  I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

_____      _____

*Witness Signature*                    *Street Address*

_____      _____

*Print or Type Name*                *City, State, Zip*

                                             _____

                                             *Telephone*